# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMRO ELANSARI, | : | |
|    Petitioner, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 20-CV-6189 |
| | : | |
| THE COMMONWEALTH OF PENNSYLVANIA, | : | |
|    Respondent. | : | |

## ORDER

AND NOW, this 11th day of December, 2020, upon consideration of Plaintiff Amro Elansari's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Petition for a Writ of Mandamus (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Petition is **DEEMED** filed.

3. The Petition is **DISMISSED WITH PREJUDICE** as frivolous, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), for the reasons in the Court's Memorandum.

4. The Clerk of Court shall **CLOSE** this case.

                          **BY THE COURT:**

                          /s/Joel H. Slomsky, J
                          **JOEL H. SLOMSKY, J.**